UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WYCLIFFE H. ODONOGHUE,

    Plaintiff,

v.                                    Case No.: 2:24-cv-00479-SPC-KCD

CHARLES P. GUFFORD,

    Defendant.
_____/

## **ORDER**

    Before the Court is United States Magistrate Judge Kyle C. Dudek's Report and Recommendation ("R&R"). (Doc. 7). Judge Dudek recommends dismissing the Complaint (Doc. 1) without prejudice for lack of prosecution. (*Id.*) Plaintiff did not object, and the time to do so passed.

    A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982). Without a specific objection, the judge has no obligation to review factual findings de novo. 28 U.S.C. § 636(b)(1); *see also Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). But the district court reviews legal conclusions de novo, even in the absence of an objection. *Cooper-Houston v. S. Ry.*, 37 F.3d 603, 604 (11th Cir. 1994).

After examining the file independently and upon considering Judge Dudek's findings and recommendations, the Court accepts and adopts the Report and Recommendation in full.

Accordingly, it is now **ORDERED**:

The Report and Recommendation (Doc. 7) is **ACCEPTED** and **ADOPTED** and the findings incorporated herein.

(1) The Complaint (Doc. 1) is **DISMISSED** without prejudice.

(2) The Clerk is **DIRECTED** to enter judgment accordingly, deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE and ORDERED** in Fort Myers, Florida on July 29, 2024.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record